KENJI M. PRICE #10523
Acting United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant U.S. Attorney
Room 6100 PJKK, Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii   96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
Email:   Michael.Nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 17, 2020, 10:15 am
Michelle Rynne, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 19-00099-05 DKW |
| Plaintiff, | APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | |
| DAE HAN MOON,    (05) | |
| Defendant. | |

APPLICATION AND ORDER FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the UNITED STATES OF AMERICA, by the United States Attorney, and represents and shows:

That there is now detained in the Saguaro Correctional Center, 1250 E Arica Road, Eloy, Arizona 85131, in the custody of the Warden thereof, the defendant DAE HAN MOON in the above-entitled case, which case will be called for a Telephonic Initial Appearance and Arraignment and Plea on the 3rd day of August 2020, at the hour of 9:30 a.m., and that it is necessary to have said defendant present at FDC Honolulu, 351 Elliot St. Honolulu, HI; in order to secure the presence of defendant, it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Warden to produce said defendant to the United States Marshal in order to procure his presence in said detention center on said date, and at such other dates as may be necessary until termination of the federal criminal charges now pending against the defendant.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to said Warden commanding him to have and produce the above-named defendant to the United States Marshal, in order to procure defendant's presence before the Honorable Rom A. Trader in said detention center, on said date and time, and from day to day thereafter as may be necessary; the United States Marshal shall retain custody of defendant and at the termination of the federal

criminal charges now pending against defendant return him to the Saguaro Correctional Center, 1250 E Arica Road, Eloy, Arizona 85131.

DATED:     July 17, 2020    , at Honolulu, Hawaii.

        KENJI M. PRICE
        United States Attorney
        District of Hawaii


By */s/ Michael Nammar*
    MICHAEL NAMMAR
    Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

<u>O R D E R</u>

Upon reading and filing the foregoing Application in that behalf;

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as prayed for herein;

DATED:   Honolulu, Hawaii, _____July 17, 2020_____.



Kenneth J. Mansfield
United States Magistrate Judge

U.S.A. v. DAE HAN MOON
Cr. No. 19-0009-05 DKW
"Application and Order for Writ of Habeas Corpus Ad Prosequendum"

4