AO 442 (Rev. 11/11) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of Hawaii

UNITED STATES OF AMERICA

V.

DAE HAN MOON, aka "Dayday"

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

**WARRANT FOR ARREST**

Case Number: CR 19-00099 DKW-05

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 3 2020

at 4 o'clock and 00 min. P M
MICHELLE RYNNE, CLERK

YOU ARE HEREBY COMMANDED TO ARREST (05) DAE HAN MOON, aka "Dayday" and bring him or her forthwith to the nearest district/ magistrate judge to answer a Superceding Indictment , charging him or her with (brief description of offense)

Count 1: Racketeering Conspiracy
Count 7: Murder-for-Hire Conspiracy
Count 16: Conspiracy to Distribute and Possess With Intent to Distribute Controlled Substances

• in violation of Title 18 United States Code, Section(s) 1962(d), 18:1958, 21;846

Date:  June 18, 2020

Location:  Honolulu, Hawaii

Lian Abernathy, Clerk of Court

Name and Title of Issuing Officer

/S/ Lian Abernathy by deputy clerk ET

Prepared/Signed By:

By: Kenneth J. Mansfield, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received 8/1/20 | NAME AND TITLE OF ARRESTING OFFICER *Angelique Dush* | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 8/1/20 | | |