Cary Virtue, #8717
1931 E. Vineyard Street, Suite 201
Wailuku, Hawaii 96793
Phone: (808) 244-7640
E-mail: carymvirtue@msn.com
Attorney for Defendant Frank Vienna

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 19-00099 DKW |
| | ) | |
| Plaintiff, | ) | MOTION FOR WITHDRAWAL |
| | ) | AND SUBSTITUTION OF |
| vs. | ) | COUNSEL |
| | ) | |
| DAE HAN MOON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW court-appointed counsel Cary Virtue, attorney for defendant, Dae Han Moon, and moves this Honorable Court to allow him to withdraw as counsel, and for substitution of new counsel due to a material breakdown in the attorney-client relationship.

DATED:   Honolulu, Hawaii, August 6, 2021.

/s/ Cary Virtue
Cary Virtue
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 19-cr-00099 DKW-KJM |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| ) | |
| vs. ) | |
| ) | |
| DAE HAN MOON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF COUNSEL**

I, CARY VIRTUE, hereby declare as follows:

1. I am the court-appointed counsel for Defendant Dae Han Moon, having been appointed pursuant to the Criminal Justice Act on July 16, 2020.

2. A material breakdown in the attorney-client relationship has occurred, and an effort to repair the relationship was not successful.

3. On August 6, 2021 Moon notified counsel that due to the irreparable breakdown in the attorney-client relationship, he is requesting that I withdraw and new CJ court-appointed counsel be assigned.

4. I respectfully ask permission to withdraw, and that new court-appointed counsel be appointed for Moon.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, August 6, 2021.

/s/ Cary Virtue
Cary Virtue
Attorney for Defendant
Dae Han Moon

CERTIFICATE OF SERVICE

I, Cary Virtue, hereby certify that a true and exact copy of the foregoing document was delivered electronically to the following on August 6, 2021:

>Michael Nammer
>Mark Inciong
>Micah Smith
>Assistant United States Attorneys
>PJKK Federal Building
>300 Ala Moana Boulevard, Room 6100
>Honolulu, Hawaii  96813
>
>Attorneys for Plaintiff
>UNITED STATES OF AMERICA
>
>DATED:  Honolulu, Hawaii, August 6, 2021

>/s/ Cary Virtue
>Cary Virtue
>Attorney for Defendant
>Dae Han Moon