LARS ROBERT ISAACSON
Hawai'i Bar Number: 5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
E-mail: Hawaii.defender@earthlink.net
Attorney for Defendant DAE HAN MOON

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, | CR. NO. 19-00099-DKW |
|---|---|
| Plaintiff, | DEFENDANT'S MOTION TO COMPEL; MEMORANDUM IN SUPPORT; DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |
| v. | |
| DAE HAN MOON (5), | |
| Defendant. | |

DEFENDANT'S MOTION TO COMPEL

**Comes now,** the defendant Dae Han Moon, by and through his undersigned attorney, Lars Robert Isaacson, Esq., and hereby moves this Court to compel the Department of Justice/Bureau of Prisons to provide Mr. Moon a dedicated laptop computer to be able to adequately review the discovery in this case and prepare for trial. In the alternative,

Defendant Moon requests appropriate accommodations be given to him to be able to adequately review said discovery at FDC Honolulu.

This motion is based on the attached Memorandum in Support and Declaration of Counsel, Exhibit "A," and such evidence as may be provided at a hearing on this matter and documents already on file with this Court.

Dated: June 29, 2022  Honolulu, HI

Respectfully submitted,

<u>        /s/ Lars Isaacson            </u>
LARS ROBERT ISAACSON
Attorney for Dae Han Moon