IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIM NO. 19-00099 DKW-KJM |
| | ) |
| Plaintiff, | ) ORDER GRANTING DEFENDANT |
| | ) DAE HAN MOON'S MOTION TO |
| vs. | ) MODIFY CONDITIONS OF |
| | ) DETENTION |
| DAE HAN MOON (05), | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

ORDER GRANTING DEFENDANT DAE HAN MOON'S
MOTION TO MODIFY CONDITIONS OF DETENTION

The parties are before the Court on Defendant Dae Han Moon's ("Moon") Motion To Modify Conditions Of Detention ("Motion"). ECF No. 922. The Government filed a Response to the Motion on August 1, 2023 ("Response"). ECF No. 938.

Moon requests "that he be afforded a laptop computer that allows him to view, process, and manipulate .pdf, Excel, Cellebrite, and all other files present in the discovery." ECF No. 922, at PageID.7688. Alternatively, Moon requests "leave to have counsel bring a desktop tower computer to FDC for the purpose of facilitating discovery review" and to permit Moon "to access and use this desktop computer while it is located in FDC." *Id.* at PageID.7689. The Government does

1

not oppose the Motion, given the extraordinary facts and circumstances of this case, as well as the Court's recent order granting defendant John Stancil access to a laptop. ECF No. 938 at PageID.7823.

The Court GRANTS the Motion and ORDERS FDC Honolulu to permit Moon the same laptop privileges the Court previously permitted co-defendants Michael J. Miske, Jr. and John B. Stancil. *See* ECF Nos. 193, 919. That is, FDC Honolulu shall allow Moon to have access to a non-internet connected computer tablet or laptop with word processing capability, containing the discovery, for up to eight hours per day. Moon's counsel may use CJA funds to purchase and configure an appropriate laptop. The Court again acknowledges its very limited ability to direct the daily management of a detention facility, *Bell v. Wolfish*, 441 U.S. 520 (1979), but based upon the record on this Motion, finds that this narrow relief is warranted.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 4, 2023.



Kenneth J. Mansfield
United States Magistrate Judge

*United States v. Moon,* Criminal No. 19-00099 DKW-KJM; Order Granting Defendant Dae Han Moon's Motion to Modify Conditions of Detention